JUAN LEDUX, demandante y apelante *v.* MARÍA DELGADO, demandada y apelada.

No. 4041.—*Visto:* Marzo 17, 1927. *Resuelto:* Abril 26, 1927.

1. DIVORCIO—CAUSAS—TRATO CRUEL E INJURIAS GRAVES—ACTOS DE VIOLENCIA DE UN CÓNYUGE.—Un solo acto de violencia puede dar lugar al divorcio.
2. DIVORCIO—JURISDICCIÓN, PROCEDIMIENTOS Y REMEDIO—APELACIÓN—DISPOSICIÓN DEL CASO—CONFIRMACIÓN DE LA SENTENCIA APELADA.—Si bien un solo acto de violencia podría dar lugar al divorcio, sin embargo, cuando los autos no demuestran que se esté en tal caso, procede confirmar la sentencia que declare sin lugar demanda basada, entre otras cosas, en un solo acto violento.

SENTENCIA de *Miguel A. Muñoz,* J. (San Juan), declarando sin lugar demanda de divorcio, con costas. *Confirmada.*

*Manuel F. Rossy,* abogado del apelante; *Acuña & Janer,* abogados de la apelada.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Juan Ledux presentó demanda de divorcio contra María Delgado. La corte dictó sentencia a favor de la demandada. Las supuestas causas de divorcio fueron expuestas en el párrafo cuatro de la demanda como sigue:

"Que desde hace algunos años, surgió una incompatibilidad de caracteres, entre marido y mujer, debido al genio raro y anómalo de ésta que se propuso no relacionarse con su marido para nada, sin dirigirle la palabra por ningún concepto, contestándole acremente a las pocas preguntas que él le hacía, sobre asuntos del matrimonio, por ese motivo él dejó de hablarle para evitar disensiones y frecuentes disgustos motivados sobre todo en la acerba censura con que ella criticaba todo lo que se relacionaba con su marido y empleando frecuentemente palabras duras y groseras contra él en su misma presencia. Que estos llegaron a tal extremo, que un día María le tiró un plato de comida a su marido, dándole con él y derramándose en el suelo. Esto determinó la resolución del marido de irse del hogar

conyugal a donde no ha vuelto a vivir, porque le era imposible entenderse con su mujer, la cual estaba cada vez más irascible y exasperada.''

En la demanda también se alegaba que ellos contrajeron matrimonio el día 23 de noviembre de 1918, pero no expresaba la fecha en que el esposo abandonó el hogar conyugal.

La prueba presentada por el esposo a lo sumo tendía a demostrar que los disgustos entre el marido y la mujer en que se suponía que ella usó lenguaje grosero al dirigirse a a él, tuvieron lugar antes del año 1924, cuando él abandonó el hogar marital. El supuesto incidente de arrojarle un plato de habichuelas a su marido fué lo único que tuvo lugar poco antes de dicho abandono.

Además del marido hubo un testigo que declaró respecto a haberle tirado ella con un plato de habichuelas, pero evidentemente la corte inferior no dió crédito a la declaración de este testigo. La corte dijo que este testigo no merecía mucho crédito.

Por otra parte, según indicó la corte, los testigos de la demandada declararon terminantemente que nunca ocurrió lo declarado por los testigos del demandante. Uno de los testigos de la demandada fué la madre del mismo demandante, quien había vivido durante años con los jóvenes esposos. Ella le dió los más fervientes consejos a su nuera y negó específicamente, no habiéndose hecho objeción alguna a su declaración, que ésta jamás hubiese arrojado con un plato de habichuelas a su esposo. Igualmente un hermano del demandante declaró que la conducta de la esposa siempre había sido ejemplar.

Aún si la corte inferior hubiese llegado a una conclusión distinta, estaríamos convencidos de que el demandante no probó su caso de divorcio. Con la resolución de la corte inferior y su relación de la prueba aducida sería imposible revocar este caso.

[1, 2] El apelado también alega que según la constante

jurisprudencia de esta corte, un solo acto de violencia no justifica la concesión del divorcio. Si bien es posible imaginarse casos en que un solo acto de violencia podría dar lugar al divorcio, los autos que tenemos a la vista no demuestran que es éste tal caso.

*Debe confirmarse la sentencia apelada.*